UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:  
LAWRENCE COREY  
DEBTOR

CHAPTER 13 PROCEEDING:  
09-20064-C-13

### TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1. Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Monday, Feb 2, 2009.

2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4. Creditor listed below has refused payment.

   WELLS FARGO HOME MORTGAGE  
   1 HOME CAMPUS  
   PMT PROCESSING   MAC #2302-04C  
   DES MOINES, IA  50328

5. As a result, funds owed to the creditor in the amount of $642.26 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Fri, February 19, 2010

*Cindy Boudloche*

Cindy Boudloche  
Chapter 13 Trustee  
555 N. Carancahua  Ste 600  
Corpus Christi, TX  78478  
(361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 PROCEEDING: |
| LAWRENCE COREY | 09-20064-C-13 |
| DEBTOR | |

### CERTIFICATE OF SERVICE

I, Cindy Boudloche, do hereby certify that on Feb 19, 2010, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche, Chapter 13 Trustee

| | |
|---|---|
| LAWRENCE COREY | MALAISE LAW FIRM PC |
| 3741 POPE DRIVE | 606 N CARANCAHUA SUITE 1100 |
| CORPUS CHRISTI, TX  78411 | CORPUS CHRISTI, TX  78476 |
| | |
| WELLS FARGO HOME MORTGAGE | BARRETT DAFFIN FRAPPIER TURNER & |
| 1 HOME CAMPUS | ENGEL LLP |
| PMT PROCESSING   MAC #2302-04C | 15000 SURVEYOR BLVD STE 100 |
| DES MOINES, IA  50328 | ADDISON, TX  75001 |